FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 9 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **ANTHONY FRAZIER, JR.**, ) <br> ) <br> Defendant. ) | CRIMINAL NO. 20-317 JP <br><br> Count 1: 18 U.S.C. §§ 1153 and 1111: <br> Second Degree Murder; <br><br> Count 2: 18 U.S.C. § 1512(c)(2): <br> Obstruction of Justice. |

# INDICTMENT

The Grand Jury charges:

### Count 1

On or about March 27, 2018, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **ANTHONY FRAZIER, JR.**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

### Count 2

On or about March 27, 2018, in McKinley County, in the District of New Mexico, the defendant, **ANTHONY FRAZIER, JR.**, by tampering with evidence of a crime at John Doe's residence, did knowingly, willfully, and corruptly obstruct, influence and impede an official proceeding, and attempt to do so, namely, a Federal Grand Jury investigation, that would foreseeably result from law enforcement's investigation of possible violations of federal criminal laws.

In violation of 18 U.S.C. § 1512(c)(2).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

3/15/16   10:10 am