**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 14 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 20-CR-00317-JAP |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANTHONY FRAZIER, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
## FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of the Twin Towers Correctional Facility, Los Angeles, California, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of Twin Towers Correctional Facility to surrender Anthony Frazier, Jr., (DOB:     /1992; Booking No. 5854605), to the United States Marshal for the District of New Mexico or his representative in order that Anthony Frazier, Jr., (DOB:     1992; Booking No. 5854605) may be taken to the United States Courthouse for the District of New Mexico for prosecution in the above-captioned case before the Honorable United States Magistrate Judge John F. Robbenhaar on Wednesday, July 15, 2020, at 9:30 a.m.

Anthony Frazier, Jr., (DOB:     1992; Booking No. 5854605) is to remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

_____
Jerry H. Ritter
United States Magistrate Judge