IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CRIMINAL NO. 20-CR-00317-JAP |
| vs. | ) ) ) | |
| ANTHONY FRAZIER, JR., | ) ) | |
| Defendant. | ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
**FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE**

TO:   Sheriff or Warden of Twin Towers Correctional Facility, Los Angeles, California, and to the United States Marshal or his authorized representative

GREETINGS:

You are hereby commanded to deliver Anthony Frazier, Jr., (DOB: 07/19/1992; Booking No. 5854605), a prisoner in your custody at the Twin Towers Correctional Facility to the United States Marshal for the District of New Mexico, or his representative.

The United States Marshals Service is commanded to produce Anthony Frazier, Jr., for prosecution before the Honorable United States Magistrate Judge John F. Robbenhaar, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Rio Grande courtroom, 3rd floor, on July 15, 2020, at 9:30 a.m.

Anthony Frazier, Jr. will remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

WITNESS the Honorable Jerry H. Ritter, United States Magistrate Judge of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this 14th day of May, 2020.

_____
Jerry H. Ritter
United States Magistrate Judge

Mitchell R. Elfers, Clerk of Court