## CLERK'S MINUTES OF ARRAIGNMENT/DETENTION

Date: **10/7/2020**        Judge: **WORMUTH**        Clerk: **K. SOLIS**

USA vs. **ANTHONY FRAZIER JR.**                           CR No. **20-317 JP**
Deft present with counsel: **DOUG COULEUR FOR JEFFREY BUCKELS**  ☒ Appt'd.
U.S. represented by: **MARK SALTMAN, AUSA**
Name of Interpreter: **N/A**

Court in Session: **9:41 - 9:48 A.M. (7 MIN)**
Liberty: **LCR-SIERRA BLANCA**

☐ Defendant not present        ☐ Bench warrant issued
☐ Waiver of Appearance at Arraignment and Entry of Not Guilty Plea submitted and approved in Open Court

**Court asked the Defendant:**
☐ Name        ☐ Extent of education/schooling        ☐ Age
☐     Whether defendant has any medical or mental health issues or concerns
☒     Whether defendant has received a copy of **INDICTMENT**
☒     Whether defendant has had time to consult with his/her attorney
☒     Whether defendant wants Indictment/Information read in open court
☒     Whether defendant will waive the reading of Indictment/Information
☒     Whether defendant is ready to plead

☒     Defendant entered a plea of NOT GUILTY to all counts
☒     Matter referred to District Judge
☒     Counsel ordered to file any motions by: **10/28-2020**
☒     Case assigned to:
            ☒     **JUDGE PARKER**
☒     Trial set on trailing docket commencing: **TO BE SET**
☐     Defendant requested psychiatric examination; Motion to be filed.
☒     Defendant detained as a **FLIGHT RISK** and **DANGER TO THE COMMUNITY**
☐     Defendant advised to file motion to reconsider
☐     Penalty for failure to appear explained
☒     Parties agree Standing Discovery Order to be electronically entered
☐     Unseal Case
☐     First appearance of Defendant
☒     Other: ***ALL PARTIES APPEARED VIA ZOOM.**

**AS TO DETENTION:** AFTER DISCUSSION AMONGST THE PARTIES, COURT RELIES ON THE MERITS TO MAKE DETENTION FINDINGS AND DETAINS DEFENDANT PENDING FURTHER ORDER. COURT ADVISES DEFENDANT THAT IF CIRCUMSTANCES CHANGE, DEFENSE COUNSEL IS GRANTED LEAVE TO FILE A MOTION TO RECONSIDER.