IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                        No. 20-00317 JP

ANTHONY FRAZIER, JR.

    Defendant.

## NOTICE RAISING COMPETENCY

Undersigned counsel for Defendant Anthony Frazier hereby notifies Court and Counsel that he is raising the question of Mr. Frazier's competency to proceed in a criminal case. A motion for competency evaluation by commitment to the custody of the Attorney General will follow forthwith.

                                            Respectfully Submitted,

                                            *Electronically filed 11/13/20*

                                            /s/ Jeffrey J. Buckels
                                            Jeffrey J. Buckels Esq.
                                            Attorney for Sean Gipson

                                            2410 Venetian Way SW
                                            Albuquerque NM 87106
                                            (505) 363-4609 Phone
                                            (866) 848-6905 Fax
                                            jeffbuck7@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically submitted and thereby provided to David Cowen, AUSA, on this 13th day of November, 2020.

/s/ Jeffrey J. Buckels
Jeffrey J. Buckels Esq.