IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 20-CR-00317-JAP |
| ) | |
| vs. ) | |
| ) | |
| ANTHONY FRAZIER, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ENTRY OF APPEARANCE**

The United States hereby notifies the Court that Assistant United States Attorney Frederick T. Mendenhall enters his appearance on behalf of the United States as co-counsel.

The United States requests that all future notices, pleadings and correspondence be delivered to counsel of record Frederick T. Mendenhall.

                                            Respectfully submitted,

                                            FRED J. FEDERICI
                                            Acting United States Attorney

                                            */s/ Electronically filed on 01-04-2021*
                                            FREDERICK T. MENDENHALL
                                            Assistant United States Attorney
                                            Post Office Box 607
                                            Albuquerque, NM 87102
                                            (505) 346-7274

I HEREBY CERTIFY that on January 4, 2021, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.
*/s/*                                 
FREDERICK T. MENDENHALL
Assistant United States Attorney