IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                             No. CR 20-317 JP

ANTHONY FRAZIER, JR.,

        Defendant.

## DEFENSE REQUEST FOR PERMISSION
## TO FILE MOTION UNDER SEAL

      Undersigned counsel for Defendant Anthony Frazier, Jr., requests permission to file an unopposed motion for a judicial determination of incompetency to proceed in a criminal case. The motion includes confidential mental health information concerning the defendant and attaches a forensic evaluation which consists largely of confidential mental health information. Mr. Frazier's right to reasonable confidentiality concerning these subjects outweighs the interest of the public in the subject matter.

      An appropriate order is being provided to the Court.

                                                Respectfully Submitted,

                                                *Electronically filed 08/19/21*

                                                /s/ Jeffrey J. Buckels
                                                Jeffrey J. Buckels

2410 Venetian Way SW
Albuquerque NM 87106
(505) 363-4609 Phone
(866) 848-6905 Fax
jeffbuck7@gmail.com

Attorney for Sean Gipson

## CERTIFICATE OF SERVICE

The foregoing document is electronically submitted so that all counsel of record are notified and provided with access.

/s/ Jeffrey J. Buckels
Jeffrey J. Buckels Esq.