IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                    No. CR 20-317 KWR

ANTHONY FRAZIER, JR.,

        Defendant.

## **ORDER**

This matter comes before me on the Defense motion to file a motion regarding competency under seal. [Doc. 29]. Being fully advised, I find that the motion is well taken and it will be granted. Defense counsel may file the motion under seal.

SO ORDERED.

_____
HON. KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

Prepared by and approved:
Jeffrey Buckels
Defense Counsel

Approved:
David Cowen, AUSA