IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                          Case No. 20-cr-00317 MLG

ANTHONY FRAZIER, JR.,

      Defendant.

## ORDER FOR SUPPLEMENTAL BRIEFING

THIS MATTER comes before the Court on Defendant's Motion for Determination of Mental Competency to Stand Trial and for a Competency Evaluation ("Motion"). Doc. 61. The United States responded in partial opposition. Doc. 62. Specifically, the United States does not oppose Defendant's request for a full competency evaluation but does oppose the request for an evidentiary hearing. Doc. 62 at 1-2. The United States also requested that the Court unseal portions of the sealed Forensic Psychological Report (Doc. 43) such that treating physicians may review the contents of Doc. 43 to facilitate Defendant's treatment. Defendant joins in and concurs with the United States. Doc. 63. However, the parties have not indicated which specific portions of the Forensic Psychological Report (Doc. 43) should be unsealed.

The Court hereby requests the parties to clarify the specific portions of Doc. 43 that they seek to seal.

**IT IS SO ORDERED.**

_____
MATTHEW L. GARCIA
UNITED STATES DISTRICT JUDGE

1