IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                                                          Cr. No.: 20-CR-00317-MLG

ANTHONY FRAZIER, JR.,

      Defendant.

## ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO UNSEAL IN PART THE FORENSIC PSYCHOLOGICAL REPORT (DOC. 43)

      This matter comes before the Court on the United States' unopposed Motion to Unseal in Part the Forensic Psychological Report ("Motion") (Doc. 43), filed on May 10, 2023. Doc. 65. Having reviewed the submission, the Court grants the Motion.

      It is ordered that the Clerk of Court shall unseal Doc. 43. This Order is limited to the United States Marshal Service and its personnel and medical professionals attending to Mr. Frazier. It is so ordered.

MATTHEW L. GARCIA
UNITED STATES DISTRICT JUDGE